STATE OF CONNECTICUT *v.* TERRENCE D. HOLMES

*Martin Zeldis*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided May 28, 2003

KAREN BERGIN *v.* STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION

*Barry D. Guliano*, in support of the petition.

*Philip M. Schulz*, assistant attorney general, in opposition.

Decided May 28, 2003

JOSE ALVARADO *v.* COMMISSIONER OF CORRECTION

*Vicki H. Hutchinson*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided May 28, 2003